**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name:      In re Nexion Health at Beechnut, Inc. D/B/A Beechnut Manor

Appellate case number:   01-15-00327-CV

Trial court case number:  404,607-401

Trial court:                    Probate Court No 1 of Harris County

     Relator's Emergency Motion to Stay is **GRANTED**.  The January 20, 2015 Order Granting Plaintiff's Motion to Compel Discovery and the April 6, 2015 Order Denying Defendant's Motion for Reconsideration and Granting Plaintiff's Motion to Compel Discovery are **STAYED**, pending resolution of the petition for writ of mandamus.

     The Court **REQUESTS** a response to the petition for writ of mandamus from the Real Party in Interest.  The response, if any, is due within 14 days of the date of this order.

     It is so ORDERED.


Judge's signature: /s/ Rebeca Huddle
                ☑ Acting individually    ☐ Acting for the Court


Date: April 10, 2015